# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

BRANDON BRYAN; JEREMY TUCKER; FRANKLIN STRACENER; NATHAN CARTER; CHRISTOPHER RICHARDSON; KENNETH RAYMOND; KAYLEN JACOBS; JUSTIN BELL; DESHUN WILLIAMS; MICHAEL MERRITT; MICHAEL BORDEN; and CORNELIUS MANNING     **PLAINTIFFS**

v.      No. 3:18-cv-130-DPM

MISSISSIPPI COUNTY, ARKANSAS     **DEFENDANT**

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 26 June 2020 to enforce the parties' settlement and the resulting fees-and-costs award.

*[signature: WPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

12 May 2020